UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JUSTIN FRAZIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:09CV1613 AGF |
| | ) | |
| SMITH & NEPHEW, INC.; STRYKER | ) | |
| CORPORATION; BREG, INC.; and | ) | |
| DOE CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's request for an additional 120 days to serve Defendant Doe Corporation is **GRANTED** in part and **DENIED** in part. Plaintiff shall have an additional 60 days to serve Defendant Doe Corporation. Failure to obtain service within that time may result in dismissal without prejudice of Defendant Doe Corporation.

**IT IS FURTHER ORDERED** that, pursuant to the authority granted to the Court by Federal Rule of Civil Procedure 26(d)(1) and Local Rule 26-3.01(B), Plaintiff may engage in discovery at this point in the proceedings, limited to the identity of Defendant Doe Corporation.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated on this 20th day of January, 2010.